U.S. DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KELLY GUERRA, individually and )
on behalf of all others similarly situated, )
)
Plaintiffs, )
)
vs. )
) Case No. 4:13-cv-01227-SNLJ
MYTECHHELP LLC, a Florida limited )
liability company, )
)
Defendant. )

## NOTICE OF DISMISSAL

COMES NOW Plaintiff Kelly Guerra, by and through her undersigned counsel, and for her Notice of Dismissal, states as follows:

1. This complaint was filed on June 27, 2013.

2. The defendant was not served.

3. The defendant has not served either an answer or motion for summary judgment in this matter.

4. Plaintiff files this Notice of Dismissal with the intention of dismissing the case without prejudice.

Respectfully submitted,

HOLLORAN WHITE SCHWARTZ & GAERTNER LLP

/s/ Thomas E. Schwartz
Thomas E. Schwartz, #MO44504
Mark J. Gaertner, #MO50291
2000 So. 8th Street
St. Louis, Missouri 63105
(314) 772-8989
(314) 772-8990 Fax
ATTORNEYS FOR PLAINTIFF